**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00111-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LORENZO RAYSHUN STEWART,

    Defendant.

**MINUTE ORDER**[1]

On **September 16, 2011**, commencing at 11:00 a.m., the court shall conduct a revocation of supervised release hearing in this matter.

    Dated:  August 18, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.