**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00111-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  LORENZO RAYSHUN STEWART,

 Defendant.

---

**MINUTE ORDER**[1]

---

 On October 3, 2011, the court conducted a telephonic setting conference to reset the revocation of supervised release hearing.  After conferring with the parties, and with their consent,

 **IT IS ORDERED** that on **October 31, 2011**, commencing at 10:00 a.m., the court shall conduct the revocation of supervised release hearing.

 Dated:  October 3, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.